FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

August 24, 2022

No. 04-22-00178-CV

**WEBB CONSOLIDATED INDEPENDENT SCHOOL DISTRICT**,
Appellant

v.

Robert **MARSHALL** and Amy Marshall,
Appellees

From the County Court At Law No 1, Webb County, Texas
Trial Court No. 2020CVK001053C1
Honorable Hugo Martinez, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
             Irene Rios, Justice
             Liza A. Rodriguez, Justice

Appellant's reply brief was due on August 22, 2022. However, the appellant has filed a motion requesting an extension of time to file its reply brief. The motion is GRANTED. The appellant's reply brief is due on or before **September 21, 2022**.

It is so **ORDERED** on August 24, 2022.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT